People of State of Illinois, Appellant, v. Melvin Brown, Appellee.

Gen. No. 46,928.

First District, First Division.
November 19, 1956.
Released for publication February 11, 1957.

John Gutknecht, for appellant; Gordon Nash, Roger G. Seaman, Francis X. Riley, Charles D. Snewind, and William Sylvester White, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.